# United States Bankruptcy Court
## Southern District of California

In re **MP3TUNES, INC.**

Debtor(s)

Case No. _____

Chapter **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ 25,000.00 |
   | Prior to the filing of this statement I have received | $ 25,000.00 |
   | Balance Due | $ 0.00 |

2. $ **306.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☐ Debtor    ■ Other (specify):    **$22,000 FROM DEBTOR; $3,000 FROM MICHAEL ROBERTSON**

4. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. [Other provisions as needed]
      **NOTWITHSTANDING ANYTHING TO THE CONTRARY HEREIN, I HAVE AGREED TO RENDER ONLY THE FOLLOWING LEGAL SERVICES: PRE-BANKRUPTCY COUNSELING; PREPARATION OF BANKRUPTCY SCHEDULES AND FILING OF BANKRUPTCY SCHEDULES; COUNSELING, ATTENDING ALL HEARING AND MEETINGS, TO AND INCLUDING THE DATE OF THE 341(a) MEETING OF CREDITORS.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **ALL SERVICES NOT LISTED ABOVE.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **April 25, 2012**

_/s/ Christopher Celentino_
**Christopher Celentino, SBN 131688**
**Foley & Lardner LLP**
**402 West Broadway, Suite 2100**
**San Diego, CA 92101**
**619-234-6655   Fax: 619-234-3510**