CSD 1008 [08/21/00]
Name, Address, Telephone No. & I.D. No.

**Christopher Celentino, SBN 131688**
**402 West Broadway, Suite 2100**
**San Diego, CA 92101**
**619-234-6655**
**131688**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
**MP3TUNES, INC.**

BANKRUPTCY NO.

Debtor.

## VERIFICATION OF CREDITOR MATRIX

PART I (check and complete one):

■ New petition filed. Creditor diskette required.                                TOTAL NO. OF CREDITORS: **87**

☐ Conversion filed on _____. See instructions on reverse side.
    ☐ Former Chapter 13 converting. Creditor diskette required.         TOTAL NO. OF CREDITORS: ____
    ☐ Post-petition creditors added. Scannable matrix required.
    ☐ There are no post-petition creditors. No matrix required.

☐ Amendment or Balance of Schedules filed concurrently with this original scannable matrix affecting Schedule of Debts and/or Schedule of Equity Security Holders. See instructions on reverse side.
    ☐ Names and addresses are being ADDED.
    ☐ Names and addresses are being DELETED.
    ☐ Names and addresses are being CORRECTED.

PART II (check one):

■ The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

☐ The above-named Debtor(s) hereby verifies that there are no post-petition creditors affected by the filing of the conversion of this case and that the filing of a matrix is not required.

Date: **April 25, 2012**

MICHAEL ROBERTSON/CHIEF EXECUTIVE OFFICER
Signer/Title

REFER TO INSTRUCTIONS ON REVERSE SIDE
CSD 1008

CSD 1008 (Page 2) [08/21/00]

## INSTRUCTIONS

1) Full compliance with Special Requirements for Mailing Addresses (CSD 1007) is required.

2) A creditors matrix with Verification is required whenever the following occurs:

   a) A new petition is filed. Diskette required.

   b) A case is converted on or after SEPTEMBER 1, 2000. (See paragraph 4b concerning post-petition creditors.)

   c) An amendment to a case on or after SEPTEMBER 1, 2000, which adds, deletes or changes creditor address information on the debtor's Schedule of Debts and/or Schedule of Equity Security Holders. Scannable matrix format required.

3) The scannable matrix must be originally typed or printed. It may not be a copy.

4) CONVERSIONS:

   a) When converting a Chapter 13 case filed before SEPTEMBER 1, 2000, to another chapter, ALL creditors must be listed on the mailing matrix at the time of filing and accompanied by a Verification. Diskette required.

   b) For Chapter 7, 11, or 12 cases converted on or after SEPTEMBER 1, 2000, only post-petition creditors need be listed on the mailing matrix. The matrix and Verification must be filed with the post-petition schedule of debts and/or schedule of equity security holders. If there are no post-petition creditors, only the verification form is required. Scannable matrix format required.

5) AMENDMENTS AND BALANCE OF SCHEDULES:

   a) Scannable matrix format required.

   b) The matrix with Verification is a document separate from the amended schedules and may not be used to substitute for any portion of the schedules. IT MUST BE SUBMITTED WITH THE AMENDMENT/BALANCE OF SCHEDULES.

   c) Prepare a separate page for each type of change required: ADDED, DELETED, or CORRECTED. On the **REVERSE** side of each matrix page, indicate which category that particular page belongs in. Creditors falling in the same category should be placed on the same page in alphabetical order.

6) Please refer to CSD 1007 for additional information on how to avoid matrix-related problems.

CSD 1008

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com    Best Case Bankruptcy

ANALYSIS GROUP
111 HUNTINGTON AVE
10TH FLOOR
BOSTON, MA 02199


ANDRE LOUBSER
1501 INDIA STREET
UNIT 610
San Diego, CA 92101


ANDREW H. BART
JENNER & BLOCK LLP
919 THIRD AVE., 37TH FLOOR
NEW YORK, NY 10022


APPEAL TECH
7 W. 36TH STREET
NEW YORK, NY 10018


AT&T
PAYMENT CENTER
SACRAMENTO, CA 95887-0001


BARNEY & BARNEY, LLC
9171 TOWNE CENTRE DRIVE
SUITE 500
SAN DIEGO, CA 92122


BEECHWOOD MUSIC CORP.
6920 W. WUNSET BLVD.
LOS ANGELES, CA 90028


BLUE SHIELD OF CALIFORNIA
FILE 55331
LOS ANGELES, CA 90074-0001


CAPITAL RECORDS, LLC
1750 NORTH VINE ST.
LOS ANGELES, CA 90028

CARLETTA F. HIGGINSON
JENNER & BLOCK LLP
919 THIRD AVE., 37TH FLOOR
NEW YORK, NY 10022


CAROLINE RECORDS, INC.
101 AVENUE OF THE AMERICAS
6TH FLOOR
NEW YORK, NY 10013


COLGEMS-EMI MUSIC INC.
2751 CENTERVILLE RD.
WILMINGTON, DE 19808


CORNERSTONE LLC
5960 CORNERSTONE #101
SAN DIEGO, CA 92121


DAR.FM
5960 CORNERSTONE COURT, #102
SAN DIEGO, CA 92121


DELAWARE DIVISION OF REVENUE
ATTN: BANKRUPTCY ADMINISTRATOR
8TH FLOOR, 820 N. FRENCH ST.
WILMINGTON, DE 19801


DUANE MORRIS LLP
750 B STREET
SUITE 2900
SAN DIEGO, CA 92101


EMI AL GALLICO MUSIC CORP.
2751 CENTERVILLE RD.
WILMINGTON, DE 19808


EMI ALGEE MUSIC CORPORATION
2751 CENTERVILLE RD.
WILMINGTON, DE 19808

EMI APRIL MUSIC INC.
2751 CENTERVILLE ROAD, ST. 205
WILMINGTON, DE 19808


EMI BLACKWOOD MUSIC INC.
150 5TH AE., 7TH FLOOR
NEW YORK, NY 10011


EMI CHRISTIAN MUSIC GROUP INC.
101 WINNERS CIRCLE
BRENTWOOD, TN 37027


EMI FEIST CATALOG INC.
140 W. 22ND ST.
New York, NY 10011


EMI FULL KEEL MUSIC
C/O PRYOR CASHMAN LLP
7 TIMES SQUARE
NEW YORK, NY 10036-6569


EMI GOLD HORIZON MUSIC CORP.
140 W. 22ND ST. FMT
NEW YORK, NY 10011


EMI GOLDEN TORCH MUSIC CORP.
140 W. 22ND ST. FMT
NEW YORK, NY 10011


EMI GROVE PARK MUSIC INC.
1323 OCEAN AVE.
SANTA MONICA, CA 90401


EMI HASTINGS CATALOG, INC.
140 W. 22ND ST. FMT.
NEW YORK, NY 10011

EMI LONGITUDE MUSIC
C/O PRYOR CASHMAN LLP
7 TIMES SQUARE
NEW YORK, NY 10036-6569


EMI MILLER CATALOG INC.
140 W. 22ND ST.
NEW YORK, NY 10011


EMI MILLS MUSIC
2751 CENTERVILLE ROAD
WILMINGTON, DE 19808


EMI ROBBINS CATALOG INC.
104 W. 29TH ST.
NEW YORK, NY 10001


EMI U CATALOG INC.
101 AVENUE OF THE AMERICAS
6TH FLOOR
NEW YORK, NY 10013


EMI UNART CATALOG INC.
104 W. 29TH ST.
NEW YORK, NY 10001


EMI VIRGIN MUSIC, INC.
C/O CORPORATION SERVICE CO.
80 STATE STREET
ALBANY, NY 12207-2543


EMI VIRGIN SONGS, INC.
C/P CORPORATION SERVICE CO.
80 STATE STREET
ALBANY, NY 12207-2543

FRANCISE TAX BOARD
BANKRUPTCY SECTION, MS A-340
P.O. BOX 2952
SACRAMENTO, CA 95812-2952


FRANCISE TAX BOARD
BANKRUPTCY SECTION, MS A-345
P.O. BOX 2952
Sacramento, CA 95812-2952


FRANK P. SCIBILIA
PRYOR CASHMAN LLP
7 TIMES SQUARE
NEW YORK, NY 10036-6569


FRESH CUP COFFEE & WATER
P.O. BOX 21827
EL CAJON, CA 92021


HANOVER INSURANCE
P.O. BOX 580045
CHARLOTTE, NC 28258-0045


IRS-INSOLVENCY DIVISION
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346


JACOB B. RADCLIFF
PRYOR CASHMAN LLP
7 TIMES SQUARE
NEW YORK, NY 10036-6569


JOBETE MUSIC CO, INC.
6255 W. SUNSET BLVD.
SUITE 1110
LOS ANGELES, CA 90028

KEVIN BADENHOP
4374 56TH STREET
SAN DIEGO, CA 92115


KYONG (KEN) SON
8690 NEW SALEM STREET 191
SAN DIEGO, CA 92126


LINDSAY & BROWNELL, LLP
4225 EXECUTIVE SQUARE
SUITE 1150
LA JOLLA, CA 92037


M. MONA SIMONIAN
PRYOR CASHMAN LLP
7 TIMES SQUARE
NEW YORK, NY 10036-6569


MARK WOOTON
6516 BRADFORD STREET
San Diego, CA 92115


MELISSA DODDS
524 SAN ANDRES DRIVE
SOLANA BEACH, CA 92075


MERCHANT SOLUTIONS
3400 BRIDGE PARKWAY
SUITE 100
REDWOOD CITY, CA 94065


MORRISON FOERSTER
12531 HIGH BUFF DR., #100
SAN DIEGO, CA 92130-2040


MORRISON FOERSTER
FILE NO. 72497
P.O. BOX 60000
SAN FRANCISCO, CA 94160-2497

```
NATIONAL CORPORATE RESEARCH
615 SOUTH DUPONT HIGHWAY
DOVER, DE 19901


NATIONAL CORPORATE RESEARCH
10 EAST 40TH STREET
10TH FLOOR
NEW YORK, NY 10016


NTT AMERICA
2334 LUNDY PLACE
SAN JOSE, CA 95131


NTT AMERICA
BOX 540
STEMMONS FREEWAY
Dallas, TX 75207


NTT COMMUNICATIONS
2334 LUNDY PLACE
SAN JOSE, CA 95131


NTT COMMUNICATIONS
DALLAS, TX 75266


NTT COMMUNICATIONS
BOX 540
STEMMONS FREEWAY
Dallas, TX 75207


NTT COMMUNICATIONS DATA CENTER
2334 LUNDY PLACE
SAN JOSE, CA 95131


NTT COMMUNICATIONS DATA CENTER
BOX 540
STEMMONS FREEWAY
Dallas, TX 75207
```

NTT COMMUNICATIONS DATA CENTER
DALLAS, TX 75266


NTT/VERIO
2334 LUNDY PLACE
SAN JOSE, CA 95131


NTT/VERIO
BOX 540
STEMMONS FREEWAY
Dallas, TX 75207


PARRISH HEPPENSTALL
4005 LOUISIANA STREET #6
SAN DIEGO, CA 92104


PRINCIPAL LIFE
DES MOINES, IA 50306-3513


PRIORITY RECORDS INC.
1750 VINE ST.
10TH FLOOR
LOS ANGELES, CA 90028


PROGRESSIVE DEVELOPMENT & HOST
1672 MAIN STREET
SUITE e #123
RAMONA, CA 92065


SAN DIEGO COUNTY TREASURER
TAX COLLECTOR
1600 PACIFIC HWY, ROOM 162
SAN DIEGO, CA 92101


SCREEN GEMS-EMI MUSIC INC.
150 5TH AVE., 7TH FLOOR
NEW YORK, NY 10011

SKL TRUST
1728 OCEAN FRONT
SAN DIEGO, CA 92104


STATE BOARD OF EQUILIZATION
P.O. BOX 942879
SACRAMENTO, CA 94279-8063


STEVEN B. FABRIZIO
JENNER & BLOCK LLP
1099 NEW YORK AVE., NW, #900
WASHINGTON, DC 20001


STONE AGATE MUSIC
C/O PRYOR CASHMAN LLP
7 TIMES SQUARE
NEW YORK, NY 10036-6569


STONE DIAMOND MUSIC CORP.
C/O CSC-LAWYERS INC. SERVICE
601 ABBOT RD.
EAST LANSING, MI 48823


THE HANOVER INSURANCE COMPANY
440 LINCOLN STREET
WORCESTER, MA 01653


TIM BELL
26704 SAINT ANDREWS LANE
VALLEY CENTER, CA 92082


TIME WARNER
CITY OF INDUSTRY, CA 91716-0506


TIME WARNER OFFICE ISP
8949 WARE COURT
SAN DIEGO, CA 92121

UNITED HEALTH CARE
DEPT. CH 10151
PALATINE, IL 60055-0151


UNIVERSAL PROTECTION SECURITY
SYSTEMS (UPS)
1815 EAST WILSHIRE AVE., #910
SANTA ANA, CA 92705


UPS SECURITY
1815 EAST WILSHIRE AVE., #910
SANTA ANA, CA 92705


VIRGIN RECORDS AMERICA, INC.
338 N. FOOTHILL RD.
BEVERLY HILLS, CA 90210


WELLS FARGO
9276 SCRANTON ROAD
SUITE 150
SAN DIEGO, CA 92121


XO COMMUNICATIONS
5771 COPLEY DRIVE
SAN DIEGO, CA 92111


XO COMMUNICATIONS
FILE 50550
LOS ANGELES, CA 90074-0550


XO COMMUNICATIONS
8851 SANDY PKWY.
SANDY, UT 84070