UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MP3TUNES, INC. | § | Case No. 12-06037 MM |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    GERALD H. DAVIS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $      (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $      from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: <br>    CHAPTER 7 ADMIN. FEES <br>    AND CHARGES <br>    (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER <br>    ADMIN. FEES AND <br>    CHARGES (from **Exhibit 5**) |  |  |  |  |
|    PRIORITY UNSECURED <br>    CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED <br> CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

    4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/GERALD H. DAVIS_____
                                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL GROSS RECEIPTS** | | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GERALD H. DAVIS | | | | | |
| GERALD H. DAVIS | | | | | |
| INTERNATIONAL SURETIES, LTD | | | | | |
| ASSOCIATED BANK | | | | | |
| BANK OF AMERICA | | | | | |
| FRANCHISE TAX BOARD | | | | | |
| NORTON & ADAMS, LLC | | | | | |
| NORTON & ADAMS, LLC | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| R. DEAN JOHNSON | | | | | |
| R. DEAN JOHNSON | | | | | |
| NATHAN A. RAKOV | | | | | |
| NATHAN A. RAKOV | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000008A | EMPLOYMENT DEVELOPMENT DEPARTMENT | | | | | |
| 000009 | FRANCISE TAX BOARD | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001A | IRS-INSOLVENCY DIVISION | | | | | |
| 000002A | SAN DIEGO COUNTY TREASURER TAX COLL | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005 | ANALYSIS GROUP | | | | | |
| 000004 | DUANE MORRIS LLP | | | | | |
| 000006 | EMI LABEL ENTITIES | | | | | |
| 000003 | EMI MUSIC PUBLISHING ENTITIES | | | | | |
| 000001B | IRS-INSOLVENCY DIVISION | | | | | |
| 000002B | SD COUNTY TREASURER TAX COLLECTOR | | | | | |
| 000002C | SD COUNTY TREASURER TAX COLLECTOR | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000007 | MORRISON & FOERSTER LLP | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page: 1

Exhibit 8

| Case No: | 12-06037 MM | Judge: MARGARET MANN | | Trustee Name: | GERALD H. DAVIS |
| Case Name: | MP3TUNES, INC. | | | Date Filed (f) or Converted (c): | 04/27/12 (f) |
| | | | | 341(a) Meeting Date: | 05/31/12 |
| For Period Ending: | 01/30/15 | | | Claims Bar Date: | 08/20/12 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. WELLS FARGO ACC NO: 8961 | 1,754.00 | 5,555.68 | | 5,555.68 | FA | 0.00 | 0.00 |
| 2. LITIGATION CLAIMS | Unknown | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 3. PATENTS, ETC (IP) | 1,000.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 4. CUSTOMER LISTS | Unknown | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 5. OFFICE EQUIPMENT, FURNISHINGS, AND | 5,000.00 | 3,887.00 | | 3,887.00 | FA | 0.00 | 0.00 |
| 6. MACHINERY EQUIPMENT | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 7. 401K SAVINGS PLAN (u) | Unknown | 1,785.88 | | 1,785.88 | FA | 0.00 | 0.00 |
| 8. WELLS FARGO - TURNOVER OF FUNDS ON DEPOSIT (u) | Unknown | 21,015.15 | | 21,015.15 | FA | 0.00 | 0.00 |
| 9. REFUNDS (u) | 0.00 | 304.87 | | 304.87 | FA | 0.00 | 0.00 |
| 10. ADVERSARY CASE 14-00060 (CORNERSTONE COURT) (u) | Unknown | 7,000.00 | | 7,000.00 | FA | 0.00 | 0.00 |
| 11. ADVERSARY CASE 14-90061 (DAR FM, INC.) (u) | Unknown | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 12. EXCESS FROM TERMINATION OF 401K PLAN (u) | Unknown | 1,785.88 | | 1,785.88 | FA | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.15 | Unknown | 0.00 | 0.00 |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $7,754.00 | $41,334.46 | | $41,334.61 | $0.00 | $0.00 | $0.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

#10 and # 11 SAME - SETTLEMENT

Initial Projected Date of Final Report (TFR): 06/30/13    Current Projected Date of Final Report (TFR): 12/31/14

LFORM1EX

UST Form 101-7-TDR (5/1/2011) (Page: 8)

Ver: 18.03b

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 12-06037 -MM | | Trustee Name: | GERALD H. DAVIS |
|---|---|---|---|---|
| Case Name: | MP3TUNES, INC. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******8657  Checking |
| Taxpayer ID No: | *******1876 | | | |
| For Period Ending: | 01/30/15 | | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/25/12 | | Trsf In From BANK OF AMERICA | INITIAL WIRE TRANSFER IN | 9999-000 | 4,478.37 | | 4,478.37 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 0.55 | 4,477.82 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 2.85 | 4,474.97 |
| 12/07/12 | 010001 | INTERNATIONAL SURETIES, LTD<br>SUITE 420<br>701 POYDRAS STREET<br>NEW ORLEANS LA 70139 | BLANKET BOND PREMIUM<br>BOND # 016025040 | 2300-000 | | 7.91 | 4,467.06 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 2.76 | 4,464.30 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 2.85 | 4,461.45 |
| 02/01/13 | 8 | WELLS FARGO CASHIERS CHECK | TURNOVER OF FUNDS | 1229-000 | 21,015.15 | | 25,476.60 |
| 02/04/13 | 010002 | FRANCHISE TAX BOARD<br>PO BOX 942857<br>SACRAMENTO, CA 94257-0501 | 12/2013 FORM 100-ES<br>CA#3086999 | 2820-000 | | 800.00 | 24,676.60 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 24,666.60 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 35.51 | 24,631.09 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 36.62 | 24,594.47 |
| 04/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 2.64 | 24,591.83 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 37.94 | 24,553.89 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 39.14 | 24,514.75 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 37.83 | 24,476.92 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 39.03 | 24,437.89 |
| 08/20/13 | 9 | BLUE SHIELD OF CA | REFUND | 1290-000 | 304.87 | | 24,742.76 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 39.43 | 24,703.33 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 38.10 | 24,665.23 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 39.31 | 24,625.92 |
| 12/02/13 | 010003 | INTERNATIONAL SURETIES, LTD<br>SUITE 420<br>701 POYDRAS STREET | BLANKET BOND PREMIUM<br>BOND # 016025040 | 2300-000 | | 31.50 | 24,594.42 |

Page Subtotals   25,798.39   1,203.97

Ver: 18.03b

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 9)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2
Exhibit 9

| Case No: | 12-06037 -MM | | Trustee Name: | GERALD H. DAVIS |
| Case Name: | MP3TUNES, INC. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******8657  Checking |
| Taxpayer ID No: | *******1876 | | | |
| For Period Ending: | 01/30/15 | | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | NEW ORLEANS LA 70139 | | | | | |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 38.00 | 24,556.42 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 39.18 | 24,517.24 |
| 02/06/14 | 010004 | FRANCHISE TAX BOARD | 12/2014 FORM 100-ES | 2820-000 | | 800.00 | 23,717.24 |
| | | PO BOX 942857 | CA#3086999 | | | | |
| | | SACRAMENTO, CA 94257-0501 | | | | | |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 39.10 | 23,678.14 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 34.71 | 23,643.43 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 37.80 | 23,605.63 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 36.53 | 23,569.10 |
| 05/29/14 | 5 | NEW WORLD INFORMATION TECH | PURCHASE OF EQUIPMENT | 1129-000 | 3,887.00 | | 27,456.10 |
| 06/02/14 | 010005 | INTERNATIONAL SURETIES, LTD | BLANKET BOND PREMIUM | 2300-000 | | 9.54 | 27,446.56 |
| | | SUITE 420 | BOND # 016025040 | | | | |
| | | 701 POYDRAS STREET | | | | | |
| | | NEW ORLEANS LA 70139 | | | | | |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 38.25 | 27,408.31 |
| 07/03/14 | 010006 | NATHAN A. RAKOV | ADJUSTER SERVICES | 3991-000 | | 1,874.00 | 25,534.31 |
| | | 21986 LYONS VALLEY ROAD | | | | | |
| | | ALPINE, CA 91901-3484 | | | | | |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 42.01 | 25,492.30 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 41.27 | 25,451.03 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 40.49 | 25,410.54 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 39.13 | 25,371.41 |
| 11/14/14 | 010007 | INTERNATIONAL SURETIES, LTD | BLANKET BOND PREMIYM | 2300-000 | | 35.18 | 25,336.23 |
| | | SUITE 420 | | | | | |
| | | 701 POYDRAS STREET | | | | | |
| | | NEW ORLEANS LA 70139 | | | | | |
| 12/08/14 | 10 | RICHARD C. NORTON TRUST ACCOUNT | SETTLEMENT PROCEEDS | 1249-000 | 7,000.00 | | 32,336.23 |
| 12/08/14 | 12 | GERALD H DAVIS TRUSTEE | EXCESS FROM TERMINATION OF 401K PLN | 1290-000 | 1,785.88 | | 34,122.11 |

Page Subtotals        12,672.88        3,145.19

Ver: 18.03b

LFORM24

UST Form 101-7-TDR (5/1/2011)  (Page: 10)

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit 9

| Case No: | 12-06037 -MM | | Trustee Name: | GERALD H. DAVIS |
| --- | --- | --- | --- | --- |
| Case Name: | MP3TUNES, INC. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******8657  Checking |
| Taxpayer ID No: | *******1876 | | | |
| For Period Ending: | 01/30/15 | | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/09/14 | 010008 | GERALD H. DAVIS<br>PO BOX 124640<br>SAN DIEGO CA 92112-4640 | TRUSTEE EXPENSES<br>PER COURT ORDER 12/08/14 | 2200-000 | | 49.32 | 34,072.79 |
| 12/09/14 | 010009 | GERALD H. DAVIS<br>PO BOX 124640<br>SAN DIEGO CA 92112-4640 | TRUSTEE FEES<br>PER COURT ORDER 12/08/14 | 2100-000 | | 4,704.87 | 29,367.92 |
| 12/09/14 | 010010 | R. DEAN JOHNSON<br>PO BOX 420787<br>SAN DIEGO, CA 92142 | CPA FOR TRUSTEE - EXPENSES<br>PER COURT ORDER 12/08/14 | 3420-000 | | 438.26 | 28,929.66 |
| 12/09/14 | 010011 | R. DEAN JOHNSON<br>PO BOX 420787<br>SAN DIEGO, CA 92142 | CPA FOR TRUSTEE - FEES<br>PER COURT ORDER 12/08/14 | 3410-000 | | 5,281.00 | 23,648.66 |
| 12/09/14 | 010012 | RICHARD NORTON<br>NORTON MOORE & ADAMS, LLC<br>525 B STREET SUITE 1500<br>SAN DIEGO CA 92101 | ATTORNEY FOR TRUSTEE - EXPENSES<br>PER COURT ORDER 12/08/14 | 3220-000 | | 2,692.63 | 20,956.03 |
| 12/09/14 | 010013 | RICHARD NORTON<br>NORTON MOORE & ADAMS, LLC<br>525 B STREET SUITE 1500<br>SAN DIEGO CA 92101 | ATTORNEY FOR TRUSTEE - FEES<br>PER COURT ORDER 12/08/14 (SUBORDINATED) | 3210-000 | | 20,956.03 | 0.00 |

Page Subtotals         0.00         34,122.11

Ver: 18.03b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4

Exhibit 9

| Case No: | 12-06037 -MM | | Trustee Name: | GERALD H. DAVIS |
| Case Name: | MP3TUNES, INC. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******8657  Checking |
| Taxpayer ID No: | *******1876 | | | |
| For Period Ending: | 01/30/15 | | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 38,471.27 | 38,471.27 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 4,478.37 | 0.00 | |
| | | | Subtotal | | 33,992.90 | 38,471.27 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 33,992.90 | 38,471.27 | |

Page Subtotals    0.00    0.00

Ver: 18.03b

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5

Exhibit 9

| Case No: | 12-06037 -MM | | Trustee Name: | GERALD H. DAVIS |
| Case Name: | MP3TUNES, INC. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******8814  NON ESTATE FUNDS |
| Taxpayer ID No: | *******1876 | | | |
| For Period Ending: | 01/30/15 | | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/24/13 | 7 | AMERICAN FUNDS | 401K PLAN | 1229-000 | 1,785.88 | | 1,785.88 |
| 12/08/14 | 010001 | GERALD H. DAVIS, TRUSTEE PO BOX 124640 SAN DIEGO, CA 92112-4640 | EXCESS FROM TERMINATION OF 401K PLA | 1290-000 | | 1,785.88 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 1,785.88 | 1,785.88 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 1,785.88 | 1,785.88 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 1,785.88 | 1,785.88 | |

Page Subtotals        1,785.88        1,785.88

Ver: 18.03b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 6

Exhibit 9

| Case No: | 12-06037 -MM | | Trustee Name: | GERALD H. DAVIS |
| Case Name: | MP3TUNES, INC. | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******7188  MMA |
| Taxpayer ID No: | *******1876 | | | |
| For Period Ending: | 01/30/15 | | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/22/12 | 1 | WELLS FARGO BANK | TURNOVER OF FUNDS | 1129-000 | 3,970.67 | | 3,970.67 |
| 05/23/12 | 001001 | FRANCHISE TAX BOARD | 2012 FORM 100ES | 2820-000 | | 810.00 | 3,160.67 |
| | | PO BOX 942857 | CA # 3086999 | | | | |
| | | SACRAMENTO, CA 94257-0501 | | | | | |
| 05/25/12 | 001002 | NATHAN A. RAKOV | ADJUSTER SERVICES | 3701-000 | | 246.50 | 2,914.17 |
| | | 21986 LYONS VALLEY ROAD | | | | | |
| | | ALPINE, CA 91901-3484 | | | | | |
| 05/31/12 | INT | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.01 | | 2,914.18 |
| 06/05/12 | 1 | WELLS FARGO | TURNOVER OF FUNDS | 1129-000 | 1,585.01 | | 4,499.19 |
| 06/29/12 | INT | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.03 | | 4,499.22 |
| 06/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 4.96 | 4,494.26 |
| 07/31/12 | INT | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.04 | | 4,494.30 |
| 07/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 5.89 | 4,488.41 |
| 08/31/12 | INT | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.04 | | 4,488.45 |
| 08/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 5.70 | 4,482.75 |
| 09/25/12 | INT | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.03 | | 4,482.78 |
| 09/25/12 | | BANK OF AMERICA | BANK FEES | 2600-000 | | 4.41 | 4,478.37 |
| | | 901 MAIN STREET | | | | | |
| | | 10TH FLOOR | | | | | |
| | | DALLAS, TX  75283 | | | | | |
| 09/25/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 4,478.37 | 0.00 |

Page Subtotals    5,555.83    5,555.83

Ver: 18.03b

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 14)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 7

Exhibit 9

| | |
|---|---|
| Case No: | 12-06037 -MM |
| Case Name: | MP3TUNES, INC. |
| Taxpayer ID No: | *******1876 |
| For Period Ending: | 01/30/15 |

| | |
|---|---|
| Trustee Name: | GERALD H. DAVIS |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******7188  MMA |
| Blanket Bond (per case limit): | $ 1,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 5,555.83 | 5,555.83 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 4,478.37 | |
| | | | Subtotal | | 5,555.83 | 1,077.46 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 5,555.83 | 1,077.46 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking - ********8657 | 33,992.90 | 38,471.27 | 0.00 |
| NON ESTATE FUNDS - ********8814 | 1,785.88 | 1,785.88 | 0.00 |
| MMA - ********7188 | 5,555.83 | 1,077.46 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 41,334.61 | 41,334.61 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

Ver: 18.03b

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 15)